ORIGINAL

1  E. JEFFREY GRUBE (SB# 167324)
   LESLIE D. ELLIS (SB# 222724)
2  ANDREA M. LINDEMANN (SB# 244937)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100
   jeffgrube@paulhastings.com
6  leslieellis@paulhastings.com
   andrealindemann@paulhastings.com
7
   Attorneys for Defendant
8  UNITED PARCEL SERVICE, INC.

FILED
JUL 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BZ

WALTER SMITH,

    Plaintiff,

vs.

UNITED PARCEL SERVICE, INC., and Does 1 to 30 Inclusive,

    Defendants.

Case No. C 07 3673

(City and County of San Francisco Superior Court Case No. CGC-07-453537)

**NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT UNITED PARCEL SERVICE, INC.**

Case No. _____

NOTICE OF REMOVAL

1  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF WALTER C. SMITH AND TO HIS
3  ATTORNEY OF RECORD, CANDICE CLIPNER, ESQ.:
4
5  　　　　　PLEASE TAKE NOTICE THAT Defendant UNITED PARCEL SERVICE, INC.
6  ("Defendant") removes this action from the Superior Court of the State California for the County
7  of San Francisco to the United States District Court for the Northern District of California. This
8  removal is based on diversity of citizenship, pursuant to 28 U.S.C. sections 1332 and 1441(a) and
9  (b). The facts that entitle Defendant to so remove this action are as follows:
10
11  　　　　　1.　　　On or about May 18, 2007, plaintiff WALTER C. SMITH ("Plaintiff")
12  filed a Complaint in the Superior Court of the State of California for the County of San Francisco
13  entitled: "Complaint for Damages," designated as Case No. CGC-07-463537. The Complaint
14  alleges the following eight purported causes of action against Defendant: age discrimination,
15  violation of California Family Rights Act, disability discrimination, failure to accommodate,
16  failure to engage in interactive process, retaliation, failure to prevent discrimination, and wrongful
17  discharge in violation of public policy. A copy of the Summons and Complaint are attached as
18  Exhibit A to the Declaration of Leslie D. Ellis ("Ellis Declaration").
19
20  　　　　　2.　　　On June 18, 2007, by Notice and Acknowledgment, UPS was served with
21  the Complaint for Damages filed by Plaintiff Walter Smith on May 18, 2007. Ellis Decl. ¶ 2,
22  Exh. B. The Complaint is the initial pleading setting forth the claim for relief upon which this
23  action is based and may be removed. Defendant was not served with any other initial pleadings
24  prior to June 18, 2007. Accordingly, this Notice of Removal is being filed within thirty (30) days
25  after service on Defendant of the initial pleading and is timely filed pursuant to 28 U.S.C. section
26  1446(b).
27
28

1   3.  Defendant filed and served its Answer on July 16, 2007. A copy of the
2   Answer is attached as Exhibit C to the Ellis Declaration. Ellis Decl. ¶ 3.

4   4.  In accordance with 28 U.S.C. section 1446(d), UPS will, promptly after
5   filing the Notice of Removal, give written notice of the Notice of Removal to the adverse party
6   and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of
7   California for the County of San Francisco. Copies of these Notices are attached as Exhibits D
8   and E, respectively, to the Ellis Declaration. Proof of service of the Notice to Superior Court of
9   Removal to Federal Court and of the Notice to Adverse Party of Removal to Federal Court will be
10  filed with this Court immediately after the Superior Court filing is accomplished. Ellis Decl. ¶ 4.
11  Exhibits A-E constitute all process, pleadings and orders served on or by Defendant in this action.
12  Ellis Decl. ¶¶ 2-4.

14  5.  The Complaint, and each alleged cause of action contained therein, may be
15  properly removed on the basis of diversity of citizenship jurisdiction, in that it is a civil action
16  between citizens of different states and the matter in controversy exceeds the sum of $75,000,
17  exclusive of interest and costs. 28 U.S.C. § 1332.

19  (a)  Defendant is informed and believes, and on that basis alleges, that
20  Plaintiff is now, and was at the time this action was commenced, a citizen of the State of
21  California within the meaning of 28 U.S.C. section 1332(a), because his place of residence and
22  domicile is and was within the State of California. *See* Complaint ¶ 1, Ellis Decl., Exh. A
23  (alleging that Plaintiff is currently and at all times mentioned herein, a resident of Sonoma
24  County).

26  (b)  Defendant is now, and was at the time this action was commenced,
27  a citizen of the States of Georgia and Ohio within the meaning of 28 U.S.C. section 1332(c)(1),
28  because it is now and was at all material times incorporated under the laws of the State of Ohio,

Case No. _____        -3-        NOTICE OF REMOVAL

1 and maintains, and at all material times maintained, its principal place of business in the State of
2 Georgia. Ellis Decl. ¶ 5.

4    (c)   The presence of Doe defendants has no bearing on diversity with
5 respect to removal. *See* 28 U.S.C. § 1441(a) ("For purposes of removal under this Chapter, the
6 citizenship of defendants sued under a fictitious name shall be disregarded.").

8    (d)   Plaintiff's Complaint seeks an "amount in controversy [which]
9 exceeds $100,000" in damages. Compl. at 1 (Ellis Decl. Exh. A.).

11   6.   Because Plaintiff and Defendant are citizens of different states, and
12 because the Court may disregard the citizenship of Doe defendants, there is complete diversity
13 between the parties. Further, because there is complete diversity and because the amount in
14 controversy threshold is met, the requirements for removal under 28 U.S.C. sections 1332(a) and
15 1441(a) are satisfied.

17   WHEREFORE, Defendant removes the above-entitled action now pending in the
18 Superior Court of the State of California for the County of San Francisco to this Court.

20 DATED: July _17_, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP

22    By: _____/s/ Leslie D. Ellis_____
             LESLIE D. ELLIS

     Attorneys for Defendant
     UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 56478957.1

-4-    NOTICE OF REMOVAL
Case No. _____