07/18/2007 13:20 FAX 14158567100    PAUL HASTINGS    ☒002/004

FILED

07 JUL 18 PM 3:27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   E. JEFFREY GRUBE (SB# 167324)
2  LESLIE D. ELLIS (SB# 222724)
   ANDREA M. LINDEMANN (SB# 244937)
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | WALTER SMITH,                          | CASE NO. C07-3673 BZ
13 |          Plaintiff,                    | (City and County of San Francisco Superior
                                            | Court Case No. CGC-07-453537)
14 |     vs.                                |
                                            | **CERTIFICATE OF SERVICE**
15 | UNITED PARCEL SERVICE, INC. and        |
   | Does 1 to 30, inclusive,               |
16 |                                        |
17 |          Defendants.                   |

18

19                                          BY FAX

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 56662626.1

CASE NO. C07-3673 BZ                                          CERTIFICATE OF SERVICE

07/18/2007 12:20 FAX 14158567100     PAUL HASTINGS                    ☒003/004

# CERTIFICATE OF SERVICE

I, the undersigned, state:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years, and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 55 Second Street, Suite 2400, San Francisco, CA 94105.

On July 17, 2007, I served the foregoing document(s) described as:

- CIVIL COVER SHEET;
- NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT UNITED PARCEL SERVICE, INC.;
- DECLARATION OF LESLIE D. ELLIS IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT UNITED PARCEL SERVICE, INC. TO FEDERAL COURT;
- ECF REGISTRATION INFORMATION HANDOUT;
- WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;
- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
- NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT BY DEFENDANT UNITED PARCEL SERVICE, INC.; AND
- NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT BY DEFENDANT UNTIED PARCEL SERVICE, INC.

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Candice Clipner                              *Attorneys for Plaintiff Walter Smith*
740 4th Street, 2nd Floor
Santa Rosa, CA 95404
Telephone: (707) 569-0324
Facsimile: (707) 569-0327

☒ **VIA UPS OVERNIGHT MAIL:** By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☐ **VIA U.S. MAIL:** I am readily familiar with Paul, Hastings, Janofsky & Walker LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **VIA PERSONAL DELIVERY:** I personally caused to be delivered such sealed envelope(s) by hand to the offices of the addressee(s) listed above.

LEGAL_US_W # 56662626.1                    3
CASE NO. C07-3673 BZ                                      CERTIFICATE OF SERVICE

07/18/2007 12:20 FAX 14158567100     PAUL HASTINGS     ☑004/004

☐ **VIA FACSIMILE**: The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to the facsimile numbers indicated above on July 17, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I further declare that I am employed by a member of the bar of this court at whose direction the service was made.

Executed on July 17, 2007, at San Francisco, California.

*[signature]*

DALIA HILL

LEGAL_US_W # 56662626.1                          3

CASE NO.. C07-3673 BZ                                              CERTIFICATE OF SERVICE