```
CANDICE CLIPNER (SBN# 215379)
Attorney at Law
740 4th Street, 2nd Floor
Santa Rosa, CA 95404
Telephone: (707) 569-0324
Facsimile : (707) 569-0327
clipnerlaw@comcast.net

Attorney for Plaintiff,
WALTER SMITH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER SMITH<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1 to 30, inclusive,<br><br>Defendants. | Case No. C-07-3673 BZ<br><br>**PLAINTIFF'S DEMAND FOR TRIAL BY JURY** |

TO MAGISTRATE JUDGE BERNARD ZIMMERMAN, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff Walter Smith hereby demands a trial by jury.

Dated: July 20, 2007    By: 
CANDICE CLIPNER
Attorney for Plaintiff,
WALTER SMITH

1

PLAINTIFF'S DEMAND FOR TRIAL BY JURY Case No. - C-07-3673 BZ

```
CANDICE CLIPNER (SBN# 215379)
Attorney at Law
740 4th Street, 2nd Floor
Santa Rosa, CA 95404
Telephone: (707) 569-0324
Facsimile : (707) 569-0327
clipnerlaw@comcast.net

Attorney for Plaintiff,
WALTER SMITH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER SMITH<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1 to 30, inclusive,<br><br>Defendants. | Case No. C-07-3673 BZ<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFF'S DEMAND FOR TRIAL BY JURY** |

I CANDICE CLIPNER declare:

I am an attorney licensed to practice law in the State of California and before this Court and I represent Plaintiff, Walter Smith. I am self-employed in the County of Sonoma, in the City of Santa Rosa and the State of California. I am over the age of 18 and not a party to the above-entitled action. My business address is: 740 4th Street, 2nd Floor, Santa Rosa, CA 95404.

On July 20, 2007, I served the following:

- **CERTIFICATE OF SERVICE OF PLAINTIFF'S DEMAND FOR TRIAL BY JURY**

1 | by depositing with the United States Postal Service, the original of the above entitled
2 | document in a sealed envelope, with postage fully prepaid and addressed as follows:
3 |     **E. Jeffrey Grube**              **[Counsel for Defendant UPS]**
4 |     **55 Second Street, 24th Floor**
5 |     **San Francisco, CA 94105-3441**
6 |     I declare under the penalties of perjury under the laws of the United States and
7 | the State of California, that the foregoing is true and correct.

9 |     Executed on July 20, 2007
10 |                                       CANDICE CLIPNER
                                           Attorney for Plaintiff,
11 |                                            WALTER SMITH

CERTIFICATE OF SERVICE OF PLAINTIFF'S DEMAND FOR TRIAL BY JURY
Case No. - C-07-3673 BZ