ORIGINAL

1  E. JEFFREY GRUBE (SB# 167324)
   LESLIE D. ELLIS (SB# 222724)
2  ANDREA M. LINDEMANN (SB# 244937)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100
   jeffgrube@paulhastings.com
6  leslieellis@paulhastings.com
   andrealindemann@paulhastings.com
7
   Attorneys for Defendant
8  UNITED PARCEL SERVICE, INC.

FILED
07 JUL 18 PM 4:00
[Clerk stamp, U.S. District Court, Northern District of California]

9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  WALTER SMITH,                    | CASE NO. C-07-3673 BZ
14          Plaintiff,                |
15      vs.                           | **CERTIFICATION AS TO INTERESTED
16  UNITED PARCEL SERVICE, INC.,      | ENTITIES OR PERSONS OF
                                      | DEFENDANT UNITED PARCEL
17          Defendants.                | SERVICE, INC.**
18                                    |
19                                    | **FRCP 7.1**
                                      | **LOCAL RULE 3-16**
20

---

Case No. C-07-3673 BZ
LEGAL_US_W # 56611466.1

CERTIFICATION AS TO INTERESTED
ENTITIES OR PERSONS OF UPS

1     To the Clerk of Court, Plaintiff Walter Smith and his Attorney of Record, Candice
2 Clipner:

3     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant United Parcel
4 Service, Inc. ("UPS"), hereby certifies that as of this date, UPS has no parent companies. UPS
5 further certifies that as of this date, no publicly-held corporations own ten percent (10%) or more
6 of its stock. In addition, pursuant to Rule 3-16 of this Court's Local Rules, the undersigned,
7 counsel of record for UPS hereby certifies that as of this date, other than the named parties, there
8 is no such interest to report.

10 Dated: July 18, 2007                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

11                                                                By: _____
12                                                                         ANDREA M. LINDEMANN

13                                                Attorneys for Defendant
                                                        UNITED PARCEL SERVICE, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, state:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years, and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 55 Second Street, Suite 2400, San Francisco, CA 94105.

On July 18, 2007, I served the foregoing document(s) described as:

- **CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS OF DEFENDANT UNITED PARCEL SERVICE, INC.**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Candice Clipner                               *Attorneys for Plaintiff Walter Smith*
740 4th Street, 2nd Floor
Santa Rosa, CA 95404
Telephone: (707) 569-0324
Facsimile: (707) 569-0327

☐ **VIA UPS OVERNIGHT MAIL**: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL**: I am readily familiar with Paul, Hastings, Janofsky & Walker LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **VIA PERSONAL DELIVERY**: I personally caused to be delivered such sealed envelope(s) by hand to the offices of the addressee(s) listed above.

☐ **VIA FACSIMILE**: The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to the facsimile numbers indicated above on July 18, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I further declare that I am employed by a member of the bar of this court at whose direction the service was made.

Executed on July 18, 2007, at San Francisco, California.

DALIA HILL