PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE (SB# 167324 )
jeffgrube@paulhastings.com
LESLIE D. ELLIS (SB# 222724)
leslieellis@paulhastings.com
ANDREA M. LINDEMANN (SB# 244937)
andrealindemann@paulhastings.com
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER SMITH,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNITED PARCEL SERVICE, INC. and Does 1 to 30, inclusive,<br><br>             Defendants. | CASE NO. C07-03673 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  Defendant, United Parcel Service, Inc. hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and requests the reassignment of this case to a United States District Judge.

Dated: July 24, 2007         PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____/s/_____
                Andrea M. Lindemann

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 56715864.1                          2

CASE NO. C07-03673 BZ                                             DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT