IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SMITH, | No. C 07-3673 MJJ |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE** |
| UNITED PARCEL SERVICE, | **(Setting Case Management Conference in Reassigned case)** |
| Defendant(s). | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached notice of electronic filing)

THE PARTIES ARE HEREBY NOTIFIED that a Case Management Conference in this reassigned case is scheduled to be heard **Tuesday, November 6, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins. A Joint Case Management Statement shall be provided to the Court by no later than **October 30, 2007.**

Dated: 8/9/2007                                                    FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Edward Butler, Courtroom Deputy