```
 1 │ CANDICE CLIPNER (SBN# 215379)
   │ Attorney at Law
 2 │ 740 4th Street, 2nd Floor
   │ Santa Rosa, CA 95404
 3 │ Telephone: (707) 569-0324
   │ Facsimile : (707) 569-0327
 4 │ clipnerlaw@comcast.net
 5 │ Attorney for Plaintiff,
   │ WALTER SMITH
 6 │
 7 │
 8 │                UNITED STATES DISTRICT COURT
 9 │                NORTHERN DISTRICT OF CALIFORNIA
10 │                    SAN FRANCISCO DIVISION
11 │
12 │ WALTER SMITH                    )  Case No. C-07-03673 MJJ
                                     )
13 │                                 )  PLAINTIFF'S CERTIFICATE OF
                                     )  INTERESTED PERSONS
14 │     vs.                         )
                                     )
15 │                                 )
   │ UNITED PARCEL SERVICE, INC.,    )
16 │ and DOES 1 to 30, inclusive,    )
                                     )
17 │                                 )
   │         Defendants.             )
18 │ ─────────────────────────────── )
```

19      Pursuant to Civ. L.R. 3-16, I Candice Clipner am an attorney licensed to
20  practice law in the State of California and before this Court, certifies that Louis Smith
21  has a financial interest (potential community property interest) as the spouse to
22  Walter Smith, a party to this proceeding. As of this date, there are no other interested
23  persons or entities to report.
24
25  Dated: August 16, 2007          By: _____
                                        CANDICE CLIPNER
26                                      Attorney for Plaintiff,
27                                      WALTER SMITH
28

1

PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS Case No. - C-07-03673 MJJ

1  CANDICE CLIPNER (SBN# 215379)
   Attorney at Law
2  740 4th Street, 2nd Floor
   Santa Rosa, CA 95404
3  Telephone: (707) 569-0324
   Facsimile : (707) 569-0327
4  clipnerlaw@comcast.net

5  Attorney for Plaintiff,
   WALTER SMITH

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 WALTER SMITH                    )  Case No. C-07-03673 MJJ
                                   )
13                                 )  **PLAINTIFF'S CERTIFICATE OF**
                                   )  **SERVICE OF INTERESTED**
14     vs.                         )  **PERSONS**
                                   )
15                                 )
   UNITED PARCEL SERVICE, INC.,    )
16 and DOES 1 to 30, inclusive,    )
                                   )
17                                 )
          Defendants.              )
18 _____)

19     I CANDICE CLIPNER declare:

20     I am an attorney licensed to practice law in the State of California and before

21 this Court and I represent Plaintiff, Walter Smith. I am self-employed in the County

22 of Sonoma, in the City of Santa Rosa and the State of California. I am over the age of

23 18 and not a party to the above-entitled action. My business address is: 740 4th Street,

24 2nd Floor, Santa Rosa, CA 95404.

25     On August 17, 2007, I served the following:

26     • **PLAINTIFF'S CERTIFICATE OF SERVICE OF INTERESTED**

27        **PERSONS**

28

                                        1

1  by depositing with the United States Postal Service, the original of the above entitled
2  document in a sealed envelope, with postage fully prepaid and addressed as follows:
3     **E. Jeffrey Grube**               **[Counsel for Defendant UPS]**
4     **PAUL HASTINGS LLP**
5     **55 Second Street, 24th Floor**
6     **San Francisco, CA 94105-3441**
7     I declare under the penalties of perjury under the laws of the United States and
8  the State of California, that the foregoing is true and correct.

10 Executed on August 17, 2007     _____
                                            CANDICE CLIPNER
                                            Attorney for Plaintiff,
                                            WALTER SMITH

CERTIFICATE OF SERVICE OF INTERESTED PERSONS
Case No. - C-07-03673 MJJ