UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Walter Smith

                    Plaintiff(s),

Case No. C-07-3673 BZ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     v.

United Parcel Service, Inc., et al.

                 Defendant(s).

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 28, 2007

                                                      Walter Smith
                                                      [Party]

Dated: 8/16/07 CC ~~July 22, 2007~~

                                                       ~~Candice Clipner~~
                                                     [Counsel]

CANDICE CLIPNER (SBN# 215379)
Attorney at Law
740 4th Street, 2nd Floor
Santa Rosa, CA 95404
Telephone: (707) 569-0324
Facsimile : (707) 569-0327
clipnerlaw@comcast.net

Attorney for Plaintiff,
WALTER SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER SMITH<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br>and DOES 1 to 30, inclusive,<br><br>Defendants. | Case No. C-07-03673 MJJ<br><br>**PLAINTIFF'S CERTIFICATE OF SERVICE OF ADR CERTIFICATION BY PARTIES & COUNSEL** |

I CANDICE CLIPNER declare:

I am an attorney licensed to practice law in the State of California and before this Court and I represent Plaintiff, Walter Smith. I am self-employed in the County of Sonoma, in the City of Santa Rosa and the State of California. I am over the age of 18 and not a party to the above-entitled action. My business address is: 740 4th Street, 2nd Floor, Santa Rosa, CA 95404.

On August 17, 2007, I served the following:

- **PLAINTIFF'S CERTIFICATE OF SERVICE OF ADR CERTIFICATION BY PARTIES & COUNSEL**

1

1 | by depositing with the United States Postal Service, the original of the above entitled
2 | document in a sealed envelope, with postage fully prepaid and addressed as follows:
3 |     **E. Jeffrey Grube**        **[Counsel for Defendant UPS]**
4 |     **PAUL HASTINGS LLP**
5 |     **55 Second Street, 24th Floor**
6 |     **San Francisco, CA 94105-3441**
7 |    I declare under the penalties of perjury under the laws of the United States and
8 | the State of California, that the foregoing is true and correct.
9 |
10 |    Executed on August 17, 2007
11 |                                       CANDICE CLIPNER
12 |                                       Attorney for Plaintiff,
                                      WALTER SMITH

2