UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Walter Smith

                      CASE NO. C 07-3673 MJJ

        Plaintiff(s),

        v.                      NOTICE OF NEED FOR ADR PHONE
                                        CONFERENCE

United Parcel Service, Inc.

        Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 30, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Candice Clipner clipnerlaw@comcast.net | Plaintiff | 707 569 0324 | |

Plaintiff is agreeable to an early settlement with a magistrate or mediation through the court's ADR process.

| Andrea Lindemann andrealindemann@paulhastings.com | Defendant | 415 856 7040 | |

It is too early in the case for defendant to make a decision regarding an ADR process.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Oct. 11, 2007

                                                Candice Clipner
                                                Attorney for Plaintiff

Dated: 10/15/07

                                                Attorney for Defendant

Rev 12.05