UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** MARTIN J. JENKINS

**Date**: November 6, 2007

**Case No:** C 07-03673 MJJ

**Case Title**: WALTER SMITH v. UNITED PARCEL SERVICE, INC.

**Appearances:**

    For Plaintiff(s): Candice Clipner

    For Defendant(s): Andrea Lindemann

**Deputy Clerk**: Rowena B. Espinosa     **Court Reporter**: not reported

## PROCEEDINGS

1. Initial Case Management Conference - held

## SUMMARY

- Trial date and schedule set. JT is set for 11/03/08; PTC is set for 10/28/08.
- This matter is referred to Mag. Judge Laporte for settlement purpose to be held by October 2008.


cc: LH; WH