**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 21, 2008

Case No.   C 07-3673  MHP                    Judge: MARILYN H. PATEL

Title: WALTER SMITH -v- UNITED PARCEL SERVICE INC

Attorneys:  Plf: Candice Clipner
            Dft: Jeffrey Grubb, Andrea Linderman

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Prior scheduled dates before MJJ vacated; Settlement negotiations ongoing; Deposition of plaintiff completed; Further depositions to be stayed 30 days pending settlement;

Matter referred to ADR for Mediation, to be completed within 120 days;

A further status conference set for 9/15/2008 at 3:00 pm, with a joint supplemental status report to be filed one week prior to the conference.