United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Smith, | 07-03673 MHP MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| United Parcel Service, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Nancy J. Foster**
Northern California Mediation Center
175 No. Redwood Dr., Suite 295
San Rafael, CA 94903
415-461-6392
njfoster@ncmc-mediate.org

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03673 MHP MED                   - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

Dated: April 30, 2008

>RICHARD W. WIEKING
>Clerk
>by:   Alice M. Fiel
>
>_____
>ADR Case Administrator
>415-522-3148
>Alice_Fiel@cand.uscourts.gov