1  E. JEFFREY GRUBE (SB# 167324)
   jeffgrube@paulhastings.com
2  ANDREA M. LINDEMANN (SB# 244937)
   andrealindemann@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:   (415) 856-7100
6
   Attorneys for Defendant
7  United Parcel Service, Inc.

8  CANDICE CLIPNER (SB# 215379)
   Attorney at Law
9  740 4th Street, 2nd Floor
   Santa Rosa, CA 95404
10 Telephone:  (707) 569-0324
   Facsimile:   (707) 569-0327
11 clipnerlaw@comcast.net

12 Attorney for Plaintiff
   WALTER SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., AND DOES 1 to 30, inclusive,<br><br>　　　　Defendants. | CASE NO. C-07-03673 MHP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, though their respective counsel, that Plaintiff Walter Smith shall dismiss, and hereby does dismiss, all claims against Defendant United Parcel Service, Inc., with prejudice pursuant to Federal Rules of Civil Procedure 41(a).

DATED: May 22, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: *[signature]*
ANDREA M. LINDEMANN

Attorneys for Defendant
UNITED PARCEL SERVICE, INC

DATED: May 17, 2008

CANDICE CLIPNER

By: *[signature]*
CANDICE CLIPNER

Attorney for Plaintiff
WALTER SMITH

## [PROPOSED] ORDER

WHEREAS, the parties having stipulated, pursuant to Federal Rules of Civil Procedure 41(a), IT IS SO ORDERED that all claims against Defendant United Parcel Service, Inc., are dismissed with prejudice.

Dated: May ___, 2008.

_____
Marilyn Hall Patel
United States District Judge

LEGAL_US_W # 58847674.1